910

No. 470. DEPARTMENT OF HIGHWAYS OF LOUISIANA v. UNITED GAS PIPE LINE Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *W. Crosby Pegues, Jr.* for petitioner. *John M. Madison* for respondent.

No. 476. PRASHKER, EXECUTRIX, ET AL. v. BEECH AIRCRAFT CORP. ET AL. Motion for leave to file brief of Jean C. Cleminshaw, Trustee, as *amicus curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. *Harold Leshem* and *Lee S. Kreindler* for petitioners. *E. N. Carpenter, II, J. Welles Henderson, Jr.* and *Louis J. Finger* for the Beech Aircraft Corporation, and *Richard W. Galiher* for the Atlantic Aviation Corporation, respondents.

No. 481. TORRE v. GARLAND. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Mathias F. Correa* for petitioner. *Lionel S. Popkin* for respondent.

No. 24, Misc. SMITH v. MISSOURI. Supreme Court of Missouri. Certiorari denied. *Merle L. Silverstein* for petitioner. *John M. Dalton,* Attorney General of Missouri, for respondent.

No. 47, Misc. SMITH v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.